# EXHIBIT
# 15

### State of Delaware

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HARBOR FREIGHT TOOLS USA, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTY-FIRST DAY OF MARCH, A.D. 1998.



*Edward J. Freel, Secretary of State*

AUTHENTICATION: 9002685

DATE: 03-31-98

2791825   8300

981093098

# 2111204

## STATEMENT AND DESIGNATION
## BY FOREIGN CORPORATION

**FILED**
n the office of the Secretary of State
of the State of California

JUN 8 1998

*Bill Jones*
BILL JONES, Secretary of State

HARBOR FREIGHT TOOLS USA, INC.

(Name of Corporation)

_____, a corporation organized and existing under the

laws of _____DELAWARE_____, makes the following statements and designation:

(State or Place of Incorporation)

* 1. The address of its principal executive office is 3491 MISSION OAKS BL, CAMARILLO, CA 93011

_____

* 2. The address of its principal office in the State of California is 3491 MISSION OAKS BL, CAMARILLO, CA 93011

### DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete Either Item 3 or Item 4)

* 3. (Use this paragraph if the process **agent is a natural person**.)

JERRY DAMMEIER _____, a natural person residing in the State of

California, whose complete address is 3491 MISSION OAKS BL, CAMARILLO, CA 93011

_____, is designated as agent upon whom process directed
to this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process **agent is a corporation**.)

_____, a corporation organized and existing

under the laws of _____, is designated as agent upon whom process directed
to this corporation may be served within the State of California, in the manner provided by law.

**NOTE:** Corporate agents must have complied with Section 1505, California Corporations Code, prior to
designation.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and
to service of process on the Secretary of State of the State of California if the agent so designated or
the agent's successor is no longer authorized to act or cannot be found at the address given.

_____          ROBERT GLICKMAN, TREASURER
(Signature of Corporate Officer)          (Typed Name and Title of Officer Signing)

**\*DO NOT USE A POST OFFICE BOX ADDRESS**



**Office of the
Secretary of State**

**Corporations Section**

P.O. Box 13697

Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State

OCT 02 1998

Corporations Section

## ASSUMED NAME CERTIFICATE

1. The name of the corporation, limited liability company, limited partnership, or registered limited liability partnership as stated in its articles of incorporation, articles of organization, certificate of limited partnership, application for certificate of authority or comparable document is

    *HARBOR FREIGHT TOOLS USA, INC.*

2. The assumed name under which the business or professional service is or is to be conducted or rendered is

    *HARBOR FREIGHT TOOLS*

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is *THE STATE OF DELAWARE*, and the address of its registered or similar office in that jurisdiction is *THE CORPORATION TRUST CENTER, 1209 ORANGE ST., WILMINGTON DE 1980)*

4. The period, not to exceed 10 years, during which the assumed name will be used is __

    *TEN YEARS*

5. The entity is a (circle one):

    **(Business Corporation)**
    **Non-Profit Corporation**
    **Professional Corporation**
    **Professional Association**
    **Limited Liability Company**
    **Limited Partnership**
    **Registered Limited Liability Partnership**

    If the entity is some other type of incorporated business, professional or other association, please specify below:

    _____

6. If the entity is required to maintain a registered office in Texas, the address of the registered office is *6502 RED PINE RD., DALLAS, TX 75248* and the name of its registered agent at such address is *HARRY B. LESKO*
   The address of the principal office (if not the same as the registered office) is
    *3491 MISSION OAKS BL, CAMARILLO CA 93012-5034*

7. If the entity is not required to or does not maintain a registered office in Texas, the office address in Texas is _____
and if the entity is not incorporated, organized or associated under the laws of Texas, the address of its place of business in Texas is _____
and the office address elsewhere is _____

_____

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "ALL" or "ALL EXCEPT"):

ALL _____

_____
Signature of officer, general partner, manager,
representative or attorney-in-fact of the entity

State of ~~Texas~~ CALIFORNIA §
§
County of VENTURA §

This instrument was acknowledged before me on _____ by
(date)

_____
(name of person acknowledging)

(Notary Seal)

See attached
California all Purpose
Acknowledgment.
loose certificate

_____
Signature of Notary
Notary Public, State of ~~Texas~~ CALIFORNIA

Form No. 503
Revised 8/98

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Ventura_ } ss.

On _9-25-98_, before me, _Susan Davis, notary public_
    Date                           Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Robert Glickman_,
                                    Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

**SUSAN DAVIS**
Commission # 1191112
Notary Public - California
Ventura County
My Comm. Expires Aug 21, 2002

Place Notary Seal Above

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Susan Davis_
Signature of Notary Public

──────────── **OPTIONAL** ────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document
Title or Type of Document: _Assumed Name Certificate_

Document Date: _____ Number of Pages: _2_

Signer(s) Other Than Named Above: _none_

## Capacity(ies) Claimed by Signer
Signer's Name: _____
☐ Individual
☒ Corporate Officer — Title(s): _CEO_
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402     Prod. No. 5907     Reorder: Call Toll-Free 1-800-876-6827



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State of Texas

NOV 0 9 2000

Corporations Section

# STATEMENT OF ABANDONMENT
## OF ASSUMED NAME

1.  The name of the corporation, limited liability company, limited partnership, or registered limited liability partnership is

    Harbor Freight Tools USA, Inc.

    and the file number, if any, assigned by the secretary of state is  00117060-06

2.  The assumed name being abandoned is  Harbor Freight Tools

3.  The assumed name certificate was filed in the office of the secretary of state on

    10/2/98 ; an assumed name certificate also has been filed in the

    office of the county clerk in the following county or counties: Tarrant, Dallas, El Paso, Bexar, Travis, Gregg, Ector, Wichita, Taylor, Mclennan, Lubbock, Nueces, Potter

4.  If the entity is required to maintain a registered office in Texas, the address of the

    registered office is and the name of its registered agent at such address is

    CT Corporation System, 350 N. St. Paul St., Dallas, TX 75201

    The address of the principal office, if not the same as the registered office, is

    PO Box 6010, Camarillo, CA 93011-6010

5.  If the entity is not required to or does not maintain a registered office in Texas, the

    office address in Texas is  blank

    If the entity is not incorporated, organized, or associated under the laws of Texas, the

    address of its place of business in Texas is  blank

    and its office address elsewhere, if any is  blank

6.  The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document.

    X _____     Robert Glickman, CFO
    Signature of officer, general partner, manager,
    Representative or attorney-in-fact of the entity

    ## NOTE

    **This form is designed to meet statutory requirements for filing with the secretary of state and is not designed to meet filing requirements on the county level. Filing requirements for assumed name documents to be filed with the county clerk differ. Assumed name documents filed with the county clerk are to be executed and acknowledged by the filing party, which requires that the document be notarized.**



## Secretary of State
## Statement of Information *34*
(California Stock, Agricultural
Cooperative and Foreign Corporations)

**SI-550**

**FILED**
Secretary of State
State of California

**SEP 08 2017**

**IMPORTANT** — Read instructions **before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees



*This Space For Office Use Only*

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

HARBOR FREIGHT TOOLS USA, INC.

**2. 7-Digit Secretary of State File Number**

# C2111204

### 3. Business Addresses

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 26541 Agoura Road, Attn: Legal HQE | Calabasas | CA | 91302-2093 |
| b. Mailing Address of Corporation, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |

### 4. Officers

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/<br>Eric | First Name | Middle Name<br>L | Last Name<br>Smidt | | Suffix |
|---|---|---|---|---|---|
| Address<br>26541 Agoura Road | | | City (no abbreviations)<br>Calabasas | State<br>CA | Zip Code<br>91302-2093 |
| b. Secretary<br>Marc | First Name | Middle Name<br>M | Last Name<br>Friedman | | Suffix |
| Address<br>26541 Agoura Road | | | City (no abbreviations)<br>Calabasas | State<br>CA | Zip Code<br>91302-2093 |
| c. Chief Financial Officer/<br>Tomas | First Name | Middle Name<br>P | Last Name<br>Kokko | | Suffix |
| Address<br>26541 Agoura Road | | | City (no abbreviations)<br>Calabasas | State<br>CA | Zip Code<br>91302-2093 |

### 5. Director(s)

California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name<br>Eric | Middle Name<br>L | Last Name<br>Smidt | | Suffix |
|---|---|---|---|---|
| Address<br>26541 Agoura Road | | City (no abbreviations)<br>Calabasas | State<br>CA | Zip Code<br>91302-2093 |
| b. Number of Vacancies on the Board of Directors, if any | | | | |

### 6. Service of Process (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | | State<br>CA | Zip Code |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporate Creations Network Inc (C2250455) |

### 7. Type of Business

| Describe the type of business or services of the Corporation |
|---|
| Retail |

### 8. The information contained herein, including in any attachments, is true and correct.

| 9/5/2017 | Marc M Friedman | Secretary | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

1932569560041

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**   13196

| ■ Taxpayer number | ■ Report year | *You have certain rights under Chapter 552 and 559,* |
|---|---|---|
| 32000148059 | 2019 | *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |

| Taxpayer name   Harbor Freight Tools USA, Inc. | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address   26541 Agoura Road | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City   Calabasas | State   CA | ZIP code plus 4   91302 | 0011706006 |

[X] Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200014805919

*Please sign below!*   **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | mm | dd | yy |
|---|---|---|---|---|---|---|
| Eric L. Smidt | President | ☐ YES | Term expiration | | | |
| Mailing address   26541 Agoura Road | City   Calabasas | | State   CA | | ZIP Code   91302 | |
| Name | Title | Director | | mm | dd | yy |
| Marc M. Friedman | Secretary | ☐ YES | Term expiration | | | |
| Mailing address   26541 Agoura Road | City   Calabasas | | State   CA | | ZIP Code   91302 | |
| Name | Title | Director | | mm | dd | yy |
| Tomas Kokko | CFO | ☐ YES | Term expiration | | | |
| Mailing address   26541 Agoura Road | City   Calabasas | | State   CA | | ZIP Code   91302 | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Central Purchasing, LLC | CA | | 100.000 |
| Harbor Freight Tools Texas, LP | DE | | 100.000 |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| HFT Holdings, Inc. | DE | | 100.000 |

Registered agent and registered office currently on file (*see instructions if you need to make changes*)    *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:   Corporate Creations Network Inc.

| Office:   2425 W Loop South #200 | City   Houston | State   TX | ZIP Code   77027 |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, or financial institution

| sign here ▶ | Title   CFO | Date   11/12/2019 | Area code and phone number   (818) 836-5000 | WJCPA 11/13/19 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

8D5238 2 000

TX2019  05-102
Ver. 10.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ **Taxpayer number**
32000148059

■ **Report year**
2019

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Harbor Freight Tools USA, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address  26541 Agoura Road

| City Calabasas | State CA | ZIP code plus 4 91302 |

Secretary of State (SOS) file number or Comptroller file number
0011706006

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200014805919

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | | Title | | Director ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address | | City | | | State | | | ZIP Code | |
| Name | | Title | | Director ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address | | City | | | State | | | ZIP Code | |
| Name | | Title | | Director ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address | | City | | | State | | | ZIP Code | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Texas Management Services, LLC | CA | | 100.000 |
| Harbor Freight Tools Incentives, Inc. | NH | | 100.000 |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171 203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report  Use additional sheets for Sections A, B and C, if necessary  The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, or financial institution.

| **sign here** ▶ | | Title | Date | Area code and phone number |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |

7002

1932569656043

8D5238 2 000

TX2019    05-102
Ver. 10.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

■ **Taxpayer number**

32000148059

■ **Report year**

2019

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  Harbor Freight Tools USA, Inc.

■ ☐ Blacken box if the mailing address has changed.

| Mailing address | 26541 Agoura Road | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| City  Calabasas | State  CA | ZIP code plus 4  91302 | | 0011706006 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200014805919

**Please sign below!**  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | m m  d d  y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Central Management Services, LLC | CA | | 100.000 |
| Central Purchasing International, Inc. | DE | | 100.000 |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* | |
|---|---|---|---|
| Agent: | | | |
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171 203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary  The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution

| **sign here** ▶ | Title | Date | Area code and phone number |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
|---|---|

7002

8D5238 2.000

TX2019    05-102
Ver. 10.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ **Taxpayer number**

32000148059

■ **Report year**

2019

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name   Harbor Freight Tools USA, Inc.

■ ☐ Blacken box if the mailing address has changed.

Mailing address   26541 Agoura Road

| City   Calabasas | State   CA | ZIP code plus 4   91302 | Secretary of State (SOS) file number or Comptroller file number  0011706006 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**_Please sign below!_**   **This report must be signed to satisfy franchise tax requirements.**

3200014805919

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|--|-----------------|-----|-----|-----|
| | | ☐ YES | | | | | |
| Mailing address | City | | State | | | ZIP Code | |
| Name | Title | Director ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | | State | | | ZIP Code | |
| Name | Title | Director ☐ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | | State | | | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| CP Trading Shanghai Co., Ltd | FOREIGN | | 100.000 |
| CP Trading HK Limited | FOREIGN | | 100.000 |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |

The information on this form is required by Section 171 203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution

**sign here** ▶

| | Title | Date | Area code and phone number |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |

1932569656045

8D5238 2.000

TX2019    05-102
Ver. 10.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode**  13196

| ■ **Taxpayer number** | ■ **Report year** | *You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |
|---|---|---|
| 32000148059 | 2019 | |

| Taxpayer name  Harbor Freight Tools USA, Inc. | ■ ☐ Blacken box if the mailing address has changed. |
|---|---|

| Mailing address  26541 Agoura Road | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City  Calabasas | State  CA | ZIP code plus 4  91302 | 0011706006 |

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

3200014805919

***Please sign below!***  **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | *m  m* | *d  d* | *y  y* |
|---|---|---|---|---|---|---|
| | | ☐ YES | Term expiration | | | |
| Mailing address | City | | State | | ZIP Code | |
| Name | Title | Director | | *m  m* | *d  d* | *y  y* |
| | | ☐ YES | Term expiration | | | |
| Mailing address | City | | State | | ZIP Code | |
| Name | Title | Director | | *m  m* | *d  d* | *y  y* |
| | | ☐ YES | Term expiration | | | |
| Mailing address | City | | State | | ZIP Code | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Central Management Services II, LLC | DE | | 100.000 |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* Agent: | | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* | |
|---|---|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution | | | |
|---|---|---|---|
| **sign here** ▶ | Title | Date | Area code and phone number |

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|



7002